**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |  |
|---|---|---|
| **ARTHUR EUGENE STAMETS, JR.** | : | Ch. 13 |
|  | : |  |
| Debtor. | : | 18-17666-REF |

# ORDER

AND NOW upon consideration of Debtor's Second Motion to Extend Time to File rest of Schedules, Statement of Financial Affairs, Plan, Chapter 13 Means Test and Matrix, it is hereby;

ORDERED that the Debtor shall have until January 2, 2019 to file his Chapter 13 Schedules, Statement of Financial Affairs, Plan, Chapter 13 Means Test and Matrix.

BY THE COURT:

**Date: December 20, 2018**

_____
J.