```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                          Case No. 18-17666-ref
Arthur Eugene Stamets, Jr                                       Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Lisa              Page 1 of 1              Date Rcvd: Dec 20, 2018
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2018.
db            +Arthur Eugene Stamets, Jr,    2315 Birch Street,    Easton, PA 18042-5340

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2018 at the address(es) listed below:
              DAVID W. TIDD    on behalf of Debtor Arthur Eugene Stamets, Jr bankruptcy@davidtiddlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Embrace Home Loans, Inc. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfmail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                                TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :
                                                    :
**ARTHUR EUGENE STAMETS, JR.**   :    Ch. 13
                                                    :
            **Debtor.**                      :    18-17666-REF

**ORDER**

AND NOW upon consideration of Debtor's Second Motion to Extend Time to File rest of Schedules, Statement of Financial Affairs, Plan, Chapter 13 Means Test and Matrix, it is hereby;

ORDERED that the Debtor shall have until January 2, 2019 to file his Chapter 13 Schedules, Statement of Financial Affairs, Plan, Chapter 13 Means Test and Matrix.

BY THE COURT:

**Date: December 20, 2018**

_____
                                                                J.